*Cassius M. Clay* and *Sidney H. Willner* for appellants. *Solicitor General Sobeloff, Assistant Attorney General Barnes, Robert W. Ginnane* and *Isaac K. Hay* for the United States and the Interstate Commerce Commission, and *William T. Griffin* and *Herbert Burstein* for the New York, New Haven & Hartford Railroad Co., appellees.

No. 490. UNITED STATES ET AL. *v.* WATSON BROS. TRANSPORTATION CO., INC. Appeal from the United States District Court for the District of Nebraska. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. MR. JUSTICE REED, MR. JUSTICE DOUGLAS, and MR. JUSTICE BURTON would note probable jurisdiction. *Solicitor General Sobeloff, Assistant Attorney General Barnes, Daniel M. Friedman, William J. Lamont, Robert W. Ginnane* and *Leo H. Pou* for appellants. *Harold G. Hernly* and *Beverley S. Simms* for appellee.

No. 501. HOLMAN *v.* MATTHEWS, COMMISSIONER OF BANKS OF WISCONSIN. Appeal from the Supreme Court of Wisconsin. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Frank P. Barker* and *Ray M. Stroud* for appellant. *Vernon W. Thomson,* Attorney General of Wisconsin, *Stewart G. Honeck,* Deputy Attorney General, and *Roy G. Tulane,* Assistant Attorney General, for appellee. *Urban A. Lavery* filed a brief for the Interstate Collectors Association, as *amicus curiae,* in support of appellant.

No. 516. FIRST FEDERAL SAVINGS AND LOAN ASSOCIATION OF NEW HAVEN *v.* CONNELLY, TAX COMMISSIONER OF CONNECTICUT. Appeal from the Supreme Court of